IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                        HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: May 3, 2010
Court Reporter:     Paul Zuckerman
Probation Officer:  Laura Ansart

Criminal Action No. 08-cr-00458-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Tim Neff

         Plaintiff,

v.

ANNALISA WHITTAKER,                          Anthony Viorst

         Defendant.

_____

                               SENTENCING MINUTES
_____

**8:40 a.m.     Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on November 30, 2009. Defendant pled guilty to Count 20 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #256**). Argument by Mr. Neff. The defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #234, #235**) Argument by Mr. Viorst. The Government does not object.

Allocution. - Statements made by:   The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #256**) is **GRANTED.**

**ORDER:** Defendant's Amended Motion for Variance (**Doc. #235**) is **GRANTED in part and DENIED in part.**  Defendant's Motion for Variance (**Doc. #234**) is **DENIED as moot.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Bond is exonerated.

**9:25 a.m.** **Court in recess.**

Total Time: 45 minutes.
Hearing concluded.